# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DARNELL ARCHEY,**

    Petitioner,

    v.                                  Case No. 2:15-cv-02832
                                          JUDGE JAMES L. GRAHAM
**WARDEN, MADISON**                      Magistrate Judge King
**CORRECTIONAL INSTITUTION,**

    Respondent.

## ORDER

On December 6, 2016, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d). *Report and Recommendation* (ECF No. 11.)  Although the parties were advised of the right to object to the recommendation, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 11) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date: January 4, 2017

                                                                              s/James L. Graham
                                                             **JAMES L. GRAHAM**
                                                          **United States District Judge**